1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| 10 | BRUCE LEE GIPSON, | Case No. EDCV 19-473-R (KK) |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | **ORDER ACCEPTING FINDINGS** |
| 13 | A. CASTILLO, ET AL., | **AND RECOMMENDATION OF UNITED STATES MAGISTRATE** |
| 14 | Defendant(s). | **JUDGE** |

15
16

17     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

18 relevant records on file, and the Report and Recommendation of the United States

19 Magistrate Judge. No objections have been filed. The Court accepts the findings and

20 recommendation of the Magistrate Judge.

21     IT IS THEREFORE ORDERED that Judgment be entered dismissing this

22 action without prejudice.

23

24 Dated: July 25, 2019

25 _____

HONORABLE R. GARY KLAUSNER
26 United States District Judge

27
28