JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LEE GIPSON, | Case No. EDCV 19-473-R (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| A. CASTILLO, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 25, 2019

HONORABLE R. GARY KLAUSNER
United States District Judge